IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-22

UNITED STATES OF AMERICA,

      Plaintiff,

v.

22.    JUAN MONTELONGO,

      Defendant.

---

### ORDER

---

    This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 1036]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1036] is granted. Counts Thirty-Nine and Forty of the Second Superseding Indictment are dismissed as to defendant Juan Montelongo only.

DATED June _19_, 2015.

                BY THE COURT:

                PHILIP A. BRIMMER
                United States District Judge